Kathryn Tassinari, OSB # 80115
Robert A. Baron, OSB #89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED
FEB 26 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARLO E. BREDING, ) | |
| ) | Case No. 08-6348-KI |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| MICHAEL J. ASTRUE, ) | FEES AND LEGAL ASSISTANT FEES |
| Commissioner, Social Security ) | PURSUANT TO EAJA |
| Administration, ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees and legal assistant fees in the amount of $5,525.10 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Said fees are payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

Dated this 16 day of Feb, 2010.

_____
U.S. District Judge

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff

ORDER FOR PAYMENT OF ATTORNEY FEES AND LEGAL ASSISTANT FEES
PURSUANT TO EAJA
Page 1 of 1