IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MARLO E. BREDING**,

          Plaintiff,

vs.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION,**

          Defendant.

Civil Case No. 08-6348-KI

ORDER

    Robert A. Baron
    Kathryn Tassinari
    Harder Wells Baron & Manning, PC
    474 Willamette Street, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - ORDER

Adrian L. Brown
Britannia I. Hobbs
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland , Oregon  97204

David J. Burdett
Michael S. Howard
Willy M. Le
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 901
Seattle , Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      Attorney fees in the amount of $13,271.40 are hereby awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The court finds this is a reasonable fee.  Previously, this court awarded $5,525.10, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Upon receipt of the fee of $13,271.40, Plaintiff's attorney will refund $5,525.10, the EAJA amount previously awarded in this case, to plaintiff.

      IT IS SO ORDERED.

      Dated this ____6th_____ day of April, 2010.

                                                    /s/ Garr M. King_____
                                              Garr M. King
                                              United States District Judge